FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

TONY HOLLOWAY, on behalf of himself and
all others similarly situated

Plaintiff

v.

CIVIL ACTION NO.    2:25-cv-166 (HSO) (BWR)

ALLIED UNIVERSAL SECURITY
and BRI ROBINSON

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:                Emanuel Kataev, Esq.

     Firm Name:           SAGE LEGAL LLC

     Office Address:      18211 Jamaica Avenue

     City:                Jamaica        State  NY      Zip  11423

     Telephone:           (917) 807-7819    Fax:  (718) 489-4155

     E-Mail:              emanuel@sagelegal.nyc

(B)  Client(s):           TONY HOLLOWAY

     Address:             2604 McLelland Street

     City:                Hattiesburg    State  MS      Zip  39401

     Telephone:           6014342869     Fax:  (718) 489-4155

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, over a decade of experience in labor and employment law.

(C)    I am admitted to practice in the:



State of ___New York___

District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Physical address:   45 Monroe Place Brooklyn, NY 11201
Telephone number:   (718) 722-6335
Website:     https://www.nycourts.gov/courts/AD2/
Email address:    AD2-AttorneyMatters@nycourts.gov

All other courts before which I have been admitted to practice:

2

F ORM 6 (ND/SD M ISS . D EC . 2016)

| Jurisdiction | Period of Admission |
|---|---|

**STATE BAR**
New York
New Jersey
Connecticut

**FEDERAL COURT**
District of New Jersey
Eastern District of New York
Southern District of New York
District of Connecticut
Second Circuit Court of Appeals
District of Colorado
Eastern District of Texas
Western District of New York
Central District of Illinois

**STATE BAR**
July 10, 2013
July 12, 2021
June 9, 2014

**FEDERAL COURT**
August 9, 2021
April 1, 2014
May 7, 2014
September 4, 2020
February 6, 2018
January 3, 2025
February 3, 2025
May 5, 2025
September 4, 2025

| | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⊙ |
| | Have you had admission pro hac vice revoked in this state? | ○ | ⊙ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⊙ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

| | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⊙ |

Form 6 (ND/SD Miss. Dec. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ⦿ | ○ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

***See attachment A

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

4

Form 6 (ND/SD Miss. Dec. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court              Style of Case

N/A

|  | Yes | No |
|---|---|---|
| (I)    Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Brian K. Herrington, MB #10204

Firm Name:    Chhabra Gibbs & Herrington PLLC

Office Address:  120 N. Congress Street, Suite 200

City: Jackson          State: MS        Zip: 39201

Telephone: (601) 326-0820      Fax:  (601) 948-8010

Email address:  bherrington@nationalclasslawyers.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with
       Applicant in this matter and to the appearance as attorney of record with Applicant.

_____

Resident Attorney

I certify that the information provided in this Application is true and correct.

11/21/2025
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the ___22nd___ day of ___December___, 2025.

*Brian K. Herrington*
_____
Resident Attorney

6