**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| TONY E HOLLOWAY on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALLIED UNIVERSAL SECURITY and BRI ROBINSON,<br><br>Defendant. | Case No.: 2:25-cv-166 (HSO) (BWR)<br><br>**ADDENDUM TO APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Emanuel Kataev, Esq., hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that:

1. I respectfully submit this Declaration in support of my application for admission *pro hac vice* to represent the Plaintiff, Tony E. Holloway ("Plaintiff"), in the above-captioned case.

2. I am not currently, and never have been suspended or disbarred in any jurisdiction.

3. I have not been denied admission to practice before any court, and I have no previously imposed or pending disciplinary matters, including before any court or agency in the Southern District of Mississippi.

4. I have no prior denials or revocations of *pro hac vice* status in any court, including before any court or agency in the Southern District of Mississippi.

5. I have, however, been previously been formally held in contempt or otherwise sanctioned in a written Order by a court for disobedience to its rules or orders.

6. This has occurred only once in over twelve (12) years of practicing law.

7. The nature of the allegations from the contempt Order consisted of a finding that your undersigned counsel failed to provide discovery as directed.

8. The name of the court before which the proceedings were conducted is the Supreme Court of the State of New York, New York County.

9. The date of the contempt order or sanction was September 16, 2021.

10. The case caption of the proceedings in which the finding of contempt occurred is Lopez, *et al.* v. Bronx Ford, Inc., *et al.*; Index No.: 155504/2017, NYSCEF Docket Entry 153 (hereinafter "Lopez").

11. A copy of the September 16, 2021 Order is attached hereto as **Exhibit "B."**

12. The substance of the court's rulings are as follows.

13. In Lopez, the Hon. Frank P. Nervo, J.S.C. ("Justice Nervo") found that Defendants and their counsel failed to provide discovery as directed in a prior Order.

14. As a sanction, Justice Nervo deemed class certification granted as to all four (4) defendants in that action, awarded a $1,500.00 sanction payable to the Lawyer's Fund for Client Protection by counsel (not the Defendants), and awarded Plaintiff attorneys' fees.

15. Defendants appealed the Order and, on October 27, 2022, the Supreme Court of the State of New York, Appellate Division, Second Judicial Department reversed in part and affirmed in part, reversing the Order deeming class certification granted for three (3) of the four (4) defendants. See Lopez, *et al.* v. Bronx Ford, Inc., *et al.*; Docket No.: 2021-02726, NYSCEF Docket Entry 35.

16. A copy of the October 27, 2022 Order is attached hereto as **Exhibit "C."**

17. Defendants paid the $1,500.00 sanction and did not appeal from same.

18. The parties in the action resolved the issues of attorneys' fees by stipulation such that the issue of fees was waived without prejudice and set aside for trial or later disposition. See Lopez, *et al.* v. Bronx Ford, Inc., *et al.*; Docket No.: 2021-04209, NYSCEF Docket Entry 19 ("Plaintiff waives her claim to monetary sanctions …").

19. A copy of the March 17, 2023 Stipulation is attached hereto as **Exhibit "D."**

20. The parties in the foregoing action reached a settlement after your undersigned separated from employment with the law firm Milman Labuda Law Group PLLC ("MLLG"), as MLLG continued to represent the Defendants after your undersigned's separation from employment in late January 2024.

21. A copy of the brief submitted by your undersigned on behalf of the Defendants in that action before the Supreme Court of the State of New York, Appellate Division, Second Judicial Department, is annexed hereto as **Exhibit "E."** See Lopez, *et al.* v. Bronx Ford, Inc., *et al.*; Docket No.: 2021-02726, NYSCEF Docket Entry 26.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2025

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.