# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

| | |
|---|---|
| STEPHANIE LOPEZ,<br><br>Plaintiff-Respondent,<br><br>- against –<br><br>BRONX FORD, INC., CITY WORLD ACQUISITION GROUP, INC., CITY WORLD MOTORS, L.L.C., CITY WORLD ESTATE AUTO HOLDINGS, L.L.C., and/or any other entities affiliated with or controlled by BRONX FORD, INC., CITY WORLD ACQUISITION GROUP, INC., CITY WORLD MOTORS, L.L.C., CITY WORLD ESTATE AUTO HOLDINGS, L.L.C.,<br><br>Defendants-Appellants. | Appellate Division<br>Docket No: 2021-04209<br><br>New York State Supreme Court,<br>New York County<br>Index No.: 155504/2017<br><br>**STIPULATION TO DISCONTINUE APPEAL** |

**STIPULATION DISCONTINUING DEFENDANTS-APPELLANTS' APPEAL**

**IT IS HEREBY STIPULATED AND AGREED** that in accordance with Rule 12 NYCRR § 1250.2(b)(2), the undersigned counsel for Plaintiff-Respondent and Defendants-Appellants in the above-captioned appeal hereby stipulate to the discontinuance of Defendants-Appellants' appeal.

**IT IS FURTHER STIPULATED AND AGREED** that upon discontinuance of the above captioned appeal:

1. Plaintiff waives her claim to the monetary sanctions, in the amount of $26,470.50, ordered by the Court in its October 19, 2021 supplemental order in connection with bringing motion sequence 004.

2. Plaintiff does not waive her right to the attorneys' fees for the hours billed and costs associated with bringing motion sequence 004, and may seek recovery of such attorneys' fees and costs as would otherwise be appropriate had sanctions not been issued (*e.g.*, as part of a settlement agreement or fee application at the end of the action).

3. Defendants do not waive their right to argue that attorneys' fees are not warranted, including without limitation, arguments that the motion was unwarranted and the amount of time was, in any event, excessive.

**IT IS HEREBY STIPULATED AND AGREED** that this Stipulation may be executed in facsimile or PDF counterparts, each of which when taken together shall constitute one original document, and any photocopy, fax, or electronic transmission of this Stipulation is deemed to be an original, and electronic or facsimile signatures shall be as valid originals.

Dated: New York, New York
March 17, 2023

Jack L. Newhouse, Esq.
Alanna R. Sakovits, Esq.
VIRGINIA & AMBINDER LLP
40 Broad Street, 7th Floor
New York, N.Y. 10004
Tel: (212) 943-9080
Fax: (212) 943-9082
jnewhouse@vandallp.com
asakovits@vandallp.com

*Attorneys for Plaintiff-Respondent*

Dated: Lake Success, New York
March 14, 2023

Michael C. Mulè, Esq.
Emanuel Kataev, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
Tel.: (516) 328-8899
Fax: (516) 328-0082
michaelmule@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Defendants-Appellants*