IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| TONY HOLLOWAY, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) | Case No.: 2:25-cv-166-HSO-BWR |
| ) | |
| v. ) ) | |
| ALLIED UNIVERSAL SECURITY and BRI ROBINSON, ) ) ) | |
| Defendants. ) ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, Universal Protection Service, LLC dba Allied Universal Security Services (erroneously named as Allied Universal Security) and Brittni Robinson (erroneously named as Bri Robinson) (collectively "Defendants"), by and through their undersigned counsel, hereby move the Court for a twenty-one (21) day extension of time for Defendants to file a responsive pleading to the Complaint, and in support, state as follows:

1. Defendants signed a Waiver of the Service of Summons making Defendants' response to the Complaint due on January 20, 2026 (the next business day after Saturday, January 17, 2026, and Monday, January 19, 2025 (holiday)).

2. Counsel for the parties have met and conferred regarding the case, including an arbitration agreement and potential for early resolution before engaging motion practice. A brief extension of the responsive deadline will allow the parties additional time to evaluate the case and devote resources to exploring any potential for early resolution prior to engaging motion practice.

3. Defendants do not waive and expressly retain any defenses including, but not limited to, any defenses based on jurisdiction, any applicable statute of limitations and any other procedural or substantive defenses.

4. This is the first request for an extension of time to respond to the Complaint.

5. The requested extension is sought in good faith and not for purposes of delay, and Plaintiff will not be prejudiced by the requested extension.

6. No other deadlines will be affected by this extension.

7. Plaintiff's counsel confirmed that they do not oppose a request for an extension of time for Defendants to respond to the Complaint.

Accordingly, Defendants respectfully request that the Court extend Defendants' deadline to answer or otherwise respond to the Complaint by twenty-one (21) days, up to and including Tuesday, February 10, 2026.

Dated: December 31, 2025

PHELPS DUNBAR LLP

BY: */s/ Adam Harris*
Adam Harris MS Bar No.: 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

*Attorneys for Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson*

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Adam Harris*
ADAM HARRIS