FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

TONY HOLLOWAY, on behalf of himself and all others similarly situated       Plaintiff

v.                                                                          CIVIL ACTION NO.   2:25-cv-166-HSO-BWR

ALLIED UNIVERSAL SECURITY and BRI ROBINSON                                  Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Lisa M. Szafranic

Firm Name: Martenson, Hasbrouck & Simon LLP

Office Address: 2573 Apple Valley Road NE

City: Atlanta    State: GA    Zip: 30319

Telephone: (404) 909-8109    Fax: (404) 909-8120

E-Mail: lmszafranic@martensonlaw.com

(B) Client(s): Universal Protection Service, LLC dba Allied Universal Security Services (erroneously named as Allied Universal Security) and Brittni Robertson (erroneously named as Bri Robinson)

Address: c/o Martenson, Hasbrouck & Simon LLP 2573 Apple Valley Road NE

City: Atlanta    State: GA    Zip: 30319

Telephone: 404-909-8100    Fax: 404-909-8120

The following information is optional:

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes. My law firm has represented Defendant, Allied Universal, for many years in its labor and employment law matters, including a previously filed nationwide FLSA collective action pending in another federal district court with overlapping claims. I have also personally represented Allied Universal in labor and employment law matters, including cases filed in state and federal courts. Given the foregoing, we are familiar with Allied Universal's corporate structure, business and employment relations and employment law practices and procedures, including in wage and hour related litigation matters. Consequently, we are uniquely qualified to represent the Defendants in the instant matter, and our familiarization with Allied Universal is anticipated to aid in efficiency and streamline the litigation process.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes. In addition to the information provided above about the experience my law firm and I have with Allied Universal, I also have over 25 years of (nationwide) labor and employment law experience that will further encourage efficiency in this employment case. My participation in the case is anticipated to avoid the necessity for Defendants to locate alternative counsel that does not have similar experience with the Defendants and is anticipated to avoid the expenditure of additional time and resources to defend Defendants.

(C)   I am admitted to practice in the:

☑    State of GA & TN

☐    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Georgia
330 Capitol Avenue, S.E.
1st Floor, Suite 1100
Atlanta, Georgia 30334
Telephone: (404) 656-3470
Website: https://www.gasupreme.us/

Supreme Court of Tennessee
511 Union Street, Suite 600
Nashville, TN 37219
Telephone:(615) 741-2687
Website: https://www.tncourts.gov/

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|

See attachment A.

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|     |     | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⬤ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?    **Yes** ☒  No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?    **Yes** ☒  No ☐

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Adam B. Harris - 102955

Firm Name:    Phelps Dunbar LLP

Office Address:    2602 13th Street, Suite 300

City: Gulfport    State: MS    Zip: 39501

Telephone: 228-679-1316    Fax: 228-679-1131

Email address:  adam.harris@phelps.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/12/2026
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  21st  day of  January , 20 26

_____
Resident Attorney

6

## ATTACHMENT A

## Lisa M. Szafranic - List of Courts Admitted – Practice

State Bar of Georgia - 10/30/2001 - present

State Bar of Tennessee – 11/05/1998 - present

Tennessee Supreme Court – 11/05/1998 - present

USDC Eastern District of Tennessee - 01/28/1999 - present

Georgia Supreme Court – 11/06/2001 - present

USDC Northern District of Georgia - 06/19/2020 - present

USDC Middle District of Georgia - 10/27/2020 - present

USDC Eastern District of Michigan – 02/12/2003 - present

US Court of Appeals First Circuit – 02/16/2006 - present

US Court of Appeals Sixth Circuit – 02/25/1999 - present

US Court of Appeals Eleventh Circuit - 04/25/2019 - present

USDC Western District of Michigan - 09/06/2022 - present

USDC Western District of Tennessee - 09/20/2023 - present

USDC Middle District of Tennessee - 10/06/2023 - present



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
### Atlanta 30334

October 23, 2025

I hereby certify that Lisa Marie Szafranic, Esq., was admitted on the 6th day of November, 2001, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Lisa Marie Szafranic

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 5, 1998, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 5th day of December, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By Donna Gilmore, D.C.