FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

TONY HOLLOWAY, on behalf of himself and all others similarly situated        Plaintiff

v.                                                                                                      CIVIL ACTION NO.    2:25-cv-166-HSO-BWR

ALLIED UNIVERSAL SECURITY and BRI ROBINSON        Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Robin E. Largent

Firm Name: Martenson, Hasbrouck & Simon LLP

Office Address: 455 Capitol Mall, Suite 400

City: Sacramento    State: CA    Zip: 95814

Telephone: 916-970-1430    Fax: 916-538-6524

E-Mail: rlargent@martensonlaw.com

(B) Client(s): Universal Protection Service, LLC dba Allied Universal Security Services (erroneously named as Allied Universal Security) and Brittni Robertson (erroneously named as Bri Robinson)

Address: c/o Martenson, Hasbrouck & Simon LLP 2573 Apple Valley Road NE

City: Atlanta    State: GA    Zip: 30319

Telephone: 404-909-8100    Fax: 404-909-8120

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

> Yes. My law firm has represented Defendant, Allied Universal, for many years in its labor and employment law matters, including a previously filed nationwide FLSA collective action pending in another federal district court with overlapping claims. I have also personally represented Allied Universal in labor and employment law matters, including cases filed in state and federal courts. Given the foregoing, we are familiar with Allied Universal's corporate structure, business and employment relations and employment law practices and procedures, including in wage and hour related litigation matters. Consequently, we are uniquely qualified to represent the Defendants in the instant matter, and our familiarization with Allied Universal is anticipated to aid in efficiency and streamline the litigation process.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

> Yes. In addition to the information provided above about the experience my law firm and I have with Allied Universal, I also have over 25 years of (nationwide) labor and employment law experience that will further encourage efficiency in this employment case. My participation in the case is anticipated to avoid the necessity for Defendants to locate alternative counsel that does not have similar experience with the Defendants and is anticipated to avoid the expenditure of additional time and resources to defend Defendants.

(C)   I am admitted to practice in the:

☑   State of California

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Address:
San Francisco (Main Office)
180 Howard St.
San Francisco, CA 94105
Telephone: 415-538-2000
Website: https://www.calbar.ca.gov/

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State Bar of California | 12/02/1998 - present |
| USDC for the Eastern District of California | 09/24/1999 - present |
| USDC for the Northern District of California | 03/22/2013 - present |
| USDC for the Central District of California | 02/16/2001 - present |
| USDC for Colorado | 06/30/2023 - present |

(D) Have you been denied admission pro hac vice in this state? Yes ◯  No ⦿

Have you had admission pro hac vice revoked in this state? Yes ◯  No ⦿

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ◯  No ⦿

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ◯  No ⦿

3

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

(I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   **Yes** ☒   No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   **Yes** ☒   No ☐

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Adam B. Harris - 102955

Firm Name:   Phelps Dunbar LLP

Office Address:   2602 13th Street, Suite 300

City: Gulfport   State: MS   Zip: 39501

Telephone: 228-679-1316   Fax: 228-679-1131

Email address:   adam.harris@phelps.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

01/13/2026                                                     _____
Date                                                                Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __21st__ day of __January__, 20__26__.

_____
Resident Attorney

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 1/12/2026

**LICENSEE NAME:** Robin Elaine Largent

**LICENSEE BAR NUMBER:** 197595

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/2/1998

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Robin Elaine Largent's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*