**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| TONY HOLLOWAY, on behalf of himself and all others similarly situated, Plaintiffs, | ) | Case No.: 2:25-cv-166-HSO-BWR |
| v. | ) | |
| ALLIED UNIVERSAL SECURITY and BRI ROBINSON, Defendants. | ) | |

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC DBA ALLIED UNIVERSAL SECURITY SERVICES AND BRITTNI ROBERTSON'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendants Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson (hereinafter collectively "Defendants") by and through their undersigned counsel of record move this Court for an Order compelling Plaintiff Tony Holloway's asserted individual claims to arbitration, dismissing his collective claims, and staying these proceedings in accordance with the terms of the parties' arbitration agreements.

Plaintiff Tony Holloway ("Plaintiff") filed the present action against Defendants for alleged violation of the Fair Labor Standards Act ("FLSA"). As set forth in the Memorandum in Support of Defendant's Motion to Compel Arbitration and Stay Proceedings, which is fully incorporated herein by reference, all of Plaintiff's claims are subject to arbitration. Accordingly, this Court must compel arbitration and also stay these proceedings pending resolution of arbitration. Only to the extent the Court were to decline to compel arbitration for any reason, Defendants have filed a contemporaneous motion to dismiss Plaintiff's individual and collective claims for lack of

nationwide personal jurisdiction and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b).

Additionally, in support of the instant Motion, Defendants attach the following exhibits hereto:

1. Declaration of Amy Reinhold with exhibits:
    a. “Exhibit A” Arbitration Agreement executed by Plaintiff on October 3, 2017;
    b. “Exhibit B” Arbitration Agreement executed by Plaintiff on October 26, 2020; and
    c. “Exhibit C” Arbitration Agreement executed by Plaintiff on March 22, 2021; and
2. Declaration of Lisa M. Szafranic.

Respectfully submitted this 10th day of February, 2026.

PHELPS DUNBAR LLP

BY: */s/ Adam Harris*

Adam Harris MS Bar No.: 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

Robin E. Largent
MARTENSON, HASBROUCK & SIMON LLP
(admitted pro hac vice)
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone: 916 970 1430
Email: rlargent@martensonlaw.com

Lisa M. Szafranic
MARTENSON, HASBROUCK & SIMON LLP
(admitted pro hac vice)
2573 Apple Valley Road
Atlanta, Georgia 30319
Telephone: 404 909 8100
Facsimile: 404 909 8120
Email: lmszafranic@martensonlaw.com

***Attorneys for Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson***

## CERTIFICATE OF SERVICE

I certify that on February 10th, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Adam Harris*
ADAM HARRIS