**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| TONY HOLLOWAY, on behalf of himself and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>ALLIED UNIVERSAL SECURITY and BRI ROBINSON,<br><br>Defendants. | Case No.: 2:25-cv-166-HSO-BWR |

**DECLARATION OF LISA M. SZAFRANIC**

I, Lisa M. Szafranic, declare and state as follows:

1. I am an attorney in the law firm of Martenson, Hasbrouck & Simon LLP, attorneys for Defendant Universal Protection Service, LLC dba Allied Universal Security Services (erroneously named as "Allied Universal Security" in the case caption) ("Allied Universal"). I am admitted to practice pro hac vice in the above-referenced case. I make this declaration in support of Allied Universal's Motion to Compel Arbitration and Stay Action ("Motion"). I have direct and personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could competently testify to these facts.

2. In advance of filing the Motion, I met and conferred with Plaintiff's counsel via telephone on December 30, 2025, and I sent several emails to Plaintiff's counsel, including on January 2, 9, 14 and 20, 2026 about Plaintiff's Arbitration Agreement(s). I also provided Plaintiff's counsel with a copy of the Arbitration Agreements. I asked if Plaintiff would stipulate to arbitrate his individual claims in accordance with the Arbitration Agreements. Plaintiff's counsel has not agreed to stipulate. As a result, my office proceeded to prepare the instant Motion.

EXHIBIT
2

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 9th, 2026, in Atlanta, Georgia.

____________________________________
Lisa M. Szafranic