**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| TONY HOLLOWAY on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED UNIVERSAL SECURITY and BRI ROBINSON<br><br>Defendants. | Case No.: 2:25-cv-166-HSO-BWR |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC DBA ALLIED UNIVERSAL SECURITY SERVICES AND BRITTNI ROBERTSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Universal Protection Service, LLC dba Allied Universal Security Services ("Allied Universal") (erroneously named as "Allied Universal Security" in the Complaint) and Brittini Robertson (erroneously named as "Bri Robinson" in the Complaint) request the Court take judicial notice of the following documents in support of their Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12:

1. The Mississippi Secretary of State business search website results for "Universal Protection Service, LLC." Attached as **Exhibit A** is a true and correct copy of a screenshot from Mississippi Secretary of State Website showing that Universal Protection Service, LLC is a foreign limited liability company. This information is accessible on the following website: https://corp.sos.ms.gov/corp/portal/c/page/corpBusinessIdSearch/portal.aspx#clear=1.

2. The Mississippi Secretary of State business search website results for Universal Protection Service, LLC showing the state of incorporation as Delaware and Principal Place of Business as California. Attached as **Exhibit B** is a true and correct copy of a screenshot from Mississippi Secretary of State Website. This information is accessible on the following website: https://corp.sos.ms.gov/corp/portal/c/page/corpBusinessIdSearch/portal.aspx#clear=1.

5. The Mississippi Secretary of State business search website results for Universal Protection Service, LLC showing a 2025 LLC Annual Report, identifying the Company's principal address of 450 Exchange, Irvine, California 92602, a sole officer/member with an address of 450 Exchange, Irvine, California 92602, and signed by Loretta Arlene Cecil, Secretary, with an address of 450 Exchange, Irvine, California 92602. Attached as **Exhibit B** is a true and correct copy of a screenshot of the 2025 LLC Annual Report on the Mississippi Secretary of State Website. This information is accessible on the following website: https://corp.sos.ms.gov/corp/portal/c/page/corpBusinessIdSearch/portal.aspx#clear=1.

Federal Rule of Evidence 201(b)(2) provides that courts "may judicially notice a fact that is not subject to reasonable dispute because it ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The Fifth Circuit has concluded that the accuracy of public records contained on the Mississippi Secretary of State's website "cannot reasonably" be questioned and are properly subject to judicial notice. *Swindol v. Aurora Flight Sciences Corp.*, 805 F.3d 516, 519 (5th Cir. 2015). In so doing, the Fifth Circuit took judicial notice

of "printouts of online state agency records" that showed the company's principal office in Virginia and the same principal office for all listed officers and directors. *Id.* For these reasons, the Mississippi Secretary of State records are properly subject to judicial notice and demonstrate that Allied Universal was incorporated in Delaware and its principal office/place of business is not in Mississippi.

Dated: February 10, 2026

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ Adam Harris*

Adam Harris MS Bar No.: 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

Robin E. Largent
(*admitted pro hac vice*)
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone: 916 970 1430
Email: rlargent@martensonlaw.com

Lisa M. Szafranic
(*admitted pro hac vice*)
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road
Atlanta, Georgia 30319
Telephone: 404 909 8100
Facsimile: 404 909 8120
Email: lmszafranic@martensonlaw.com

***Attorneys for Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson***

## CERTIFICATE OF SERVICE

I certify that on February 10th, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Adam Harris*
ADAM HARRIS