# EXHIBIT A

# Business Services

Home (https://www.sos.ms.gov/business-services-regulation) |
Business Search (https://corp.sos.ms.gov/corp/portal/c/page/corpbusinessidsearch/portal.aspx) |
Business Filings (https://corp.sos.ms.gov/corp/portal/c/page/corpnewfilings/portal.aspx) |
Commercial Registered Agents (https://corp.sos.ms.gov/corp/portal/c/page/corpregisteredagent/portal.aspx) |
User Login (https://corp.sos.ms.gov/corp/portal/c/page/login/portal.aspx) |
Filing Fees (https://www.sos.ms.gov/content/documents/Business/FeeSchedule.pdf) |

## Business Search

**Our office has received reports of both fraudulent business filings and lawsuits being filed against incorrect business entities. Please be reminded that due diligence is crucial when filing with our office and searching for businesses using our online search features.**

Business Name | Business ID | Officer Name | Registered Agent

## Search Criteria

◉ Starting With ○ All Words ○ Any Words ○ Sounds Like ○ Exact Match

**Business Name:** Universal Protection Service [Search]

| | |
|---|---|
| **Search Type:** Business Name | **Search Sub-Type:** Starting With |
| **Search Date:** 02/09/2026 11:17 | **Search Thru Date:** 02/07/2026 |
| **Criteria:** Universal Protection Service | **Result(s) Count:** 1 |

## Business Name Search Results

| Business Name (#) | Business ID (#) | Type (#) (#) | Status (#) (#) | Create Date (#) (#) | |
|---|---|---|---|---|---|
| Universal Protection Service, LLC | 993060 | Foreign Limited Liability Company (LLC) | Good Standing | 12/14/2011 | Details (#) |

(1) 1 - 1 of 1 items (#)




2021 Mississippi Secretary of State. All rights reserved

Michael Watson
SECRETARY OF STATE

Employment (https://www.sos.ms.gov/contact-us/employment-opportunities)

Online Services Directory (https://www.sos.ms.gov/online-services-directory)

Fees & Forms Directory (https://www.sos.ms.gov/business-services/fees-forms-directory)

82-County Tour (https://www.sos.ms.gov/82-county-tour)

How Do I...? (https://www.sos.ms.gov/how-do-i)

Links (https://www.sos.ms.gov/links)

Disclaimer (https://www.sos.ms.gov/disclaimer)

(https://www.facebook.com/MississippiSecretaryofState) (https://www.twitter.com/MississippiSOS)
(mailto:mississippi@sos.ms.gov) (https://www.instagram.com/Mississippi_SOS)
(https://www.youtube.com/channel/UCPJ9PEfgCj4ljWXjutV_d1g)

niversal Protection Service, LLC

User Actions

View Filed Documents    Opt-in or Opt-out of Email updates    Print Business Details

Name History

| Name | Name Type |
| --- | --- |
| Universal Protection Service, LLC | Legal |
| Security Forces, LLC | Previous Legal |

Business Information

| | |
| --- | --- |
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 993060 |
| **Status:** | Good Standing |
| **Effective Date:** | 12/14/2011 |
| **State of Incorporation:** | DE |
| **Principal Office Address:** | 450 Exchange<br>Irvine, CA 92602 |

Registered Agent

**Name**
CORPORATION SERVICE COMPANY
109 Executive Drive, Suite 3
Madison, MS 39110

Officers & Directors

| Name | Title |
| --- | --- |
| Universal Protection Service, LP<br>450 Exchange<br>Irvine, CA 92602 | Member |