# EXHIBIT B

**F0108**
**Fee: $ 250**

Michael Watson
SECRETARY OF STATE

**2025230157**

Business ID: 993060
Filed: 04/01/2025 03:03 PM
Michael Watson
Secretary of State

**P.O. BOX 136**
**JACKSON, MS 39205-0136**
**TELEPHONE: (601) 359-1633**

# 2025 LLC Annual Report

## Business Information

***Business ID:*** 993060
***State of Incorporation:*** DE
***Phone:*** (***)***-****
***FEIN:*** **-*******
***Business Name:*** Universal Protection Service, LLC
***Business Email:*** FiledStatus_AR_MS@cscinfo.com

***Principal Address:*** 450 Exchange
Irvine, CA 92602

## Registered Agent

***Name:*** CORPORATION SERVICE COMPANY
***Address:*** 109 Executive Drive, Suite 3
Madison, MS 39110

## Managers and Members

## Members

| ***Name:*** | ***Address:*** |
| --- | --- |
| Universal Protection Service, LP<br>*Member* | 450 Exchange<br>Irvine, CA 92602 |

## Officers

| ***Title/Name:*** | ***Address:*** | ***Director:*** |
| --- | --- | --- |
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑ This LLC has a written Operating Agreement.

**NAICS Code/Nature of Business**

561612 - Security Guards and Patrol Services

**Signature**

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day ***04/01/2025***.

***Name:***
Loretta Arlene Cecil
*Secretary*

***Address:***
450 Exchange
Irvine, CA 92602

**Officers List**

| ***Name:*** | ***Address:*** |
| --- | --- |
| Universal Protection Service, LP<br>*Member* | 450 Exchange<br>Irvine, CA 92602 |

Michael Watson
SECRETARY OF STATE

**Office of the Secretary of State**
Jackson, Mississippi

# Certificate of Good Standing

I, MICHAEL WATSON, Secretary of State of the State of Mississippi, and as such, the legal custodian of the records as required by The Mississippi Registration of Foreign Limited Liabilities Company Act to be filed in my office do hereby certify:

**UNIVERSAL PROTECTION SERVICE, LLC**

Registered the 14th day of December, 2011

A Delaware LIMITED LIABILITY COMPANY has filed the necessary documents in this office and has obtained a certificate of registration to do business in this state, under the provisions of The Mississippi Registration of Foreign Limited Liability Companies Act as shown by the records in this office.

I further certify that said Limited Liability Company has filed in this office an appointment of registration for service of process, with written acceptance endorsed thereon, and/or power of attorney, designating its agent and/or attorney for service of process in this State as:

CORPORATION SERVICE COMPANY
109 Executive Drive , Suite 3
Madison, MS 39110

I further certify that said Limited Liability Company has paid the fees for filing the above papers required by law as shown by the records of this office, and that said Limited Liability Company is in good standing to do business in Mississippi at this time.

Given under my hand and seal of office
the 9th day of February, 2026

Michael Watson

Certificate Number: CN26232308
Verify this certificate online at http://corp.sos.ms.gov/corpconv/verifycertificate.aspx