**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

TONY HOLLOWAY, on behalf of himself and all others similarly situated,
Plaintiffs,

v.

ALLIED UNIVERSAL SECURITY and BRI ROBINSON,
Defendants.

Case No.: 2:25-cv-166-HSO-BWR

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC DBA ALLIED UNIVERSAL SECURITY SERVICES AND BRITTNI ROBERTSON'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

On February 10, 2026, Defendants Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson filed a Motion to Compel Arbitration and Stay Proceedings. Under Local Rule 7(b)(4), Plaintiff had 14 days to file an opposition to the motion. Plaintiff has not done so. As such, the Motion is unopposed and should be granted for the reasons set forth therein.

Respectfully submitted this 3rd day of March, 2026.


PHELPS DUNBAR LLP

BY: */s/ Adama Harris*
Adam Harris MS Bar No.: 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

Robin E. Largent
MARTENSON, HASBROUCK & SIMON LLP
(admitted pro hac vice)
455 Capitol Mall, Suite 400
Sacramento, California 95814

Telephone: 916 970 1430
Email: rlargent@martensonlaw.com

Lisa M. Szafranic
MARTENSON, HASBROUCK & SIMON LLP
(admitted pro hac vice)
2573 Apple Valley Road
Atlanta, Georgia 30319
Telephone: 404 909 8100
Facsimile: 404 909 8120
Email: lmszafranic@martensonlaw.com

***Attorneys for Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson***

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Adam Harris*
ADAM HARRIS