**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| TONY HOLLOWAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED UNIVERSAL SECURITY and BRI ROBINSON<br><br>Defendants. | Civil No.: 2:25-cv-166-HSO-BWR |

**DEFENDANTS UNIVERSAL PROTECTION SERVICE, LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES AND BRI ROBINSON'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE PURSUANT TO FED. R. CIV. P. 41(b)**

Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and Bri Robinson (collectively "Defendants") by and through their undersigned counsel of record move this Court for an Order dismissing Plaintiff's Tony Holloway's ("Plaintiff") this case in its entirety with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff filed the instant action against Defendants for alleged violation of the Fair Labor Standards Act ("FLSA"). [ECF No. 1]. As set forth in their Memorandum in Support of Defendants' Motion to Dismiss [ECF No. 11], which is fully incorporated herein by reference, Plaintiff has continually impeded the progress of this case by failing to respond to motions, and now, failing to comply with the Court's Order Granting Defendants Allied Universal Security and Bri Robinson's Motion [10] to Compel Arbitration and Stay Proceedings [ECF No. 18], to submit his claims to arbitration.

Plaintiff's course of conduct demonstrates that he has abandoned this lawsuit, and he has taken no action to prosecute his claims in court or in arbitration as he was Ordered. This is true even dispute the Court's prior determination that Plaintiff's "course of conduct has led to an unnecessary waste of judicial recourse," the Court's "remind[er]" to Plaintiff's Counsel of their "professional obligations," and the Court's caution that "'sanctions may be imposed upon any attorney who 'multiplies the proceedings in any case unreasonably and vexatiously.'" [ECF No. 18, Page 4, fn. 3.] The Court further warned that "'[t]he Court will not look favorably on any future conduct that impedes the 'just, speedy, and inexpensive determination' of this action." [*Id.*]

Plaintiff (and his counsel) have failed to comply with the Court's Order and blatantly disregarded the Court's warning as to the potential consequences (i.e., "sanctions") of continued inaction, rendering the complete failure to prosecute particularly unreasonable and vexatious. As such, Defendants request that the Complaint be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(b), and for such further relief as this court deems just and proper.

Respectfully submitted this 5th day of October, 2026.

PHELPS DUNBAR LLP

BY: */s/ Adam Harris*
Adam Harris MS Bar No.: 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

Robin E. Largent
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone: 916 970 1430
Email: rlargent@martensonlaw.com

Lisa M. Szafranic
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road
Atlanta, Georgia 30319
Telephone: 404 909 8100
Facsimile: 404 909 8120
Email: lmszafranic@martensonlaw.com

***Attorneys for Universal Protection Service, LLC dba Allied Universal Security Services and Brittni Robertson***

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Adam Harris*
ADAM HARRIS